Case 1:25-cv-03303-JPC    Document 41    Filed 04/24/26    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                              :

CAROLYN MASON, Individually and as Parent and    :
Natural Guardian of A.D.,                             :
                                              :

                      Plaintiff,            :
                                              :

          -v-                              :            25 Civ. 3303 (JPC)
                                              :

MELISSA AVILES-RAMOS, in her official capacity as    :            ORDER
Chancellor of the New York City Department of         :
Education, and NEW YORK CITY DEPARTMENT OF    :
EDUCATION                                       :
                                              :

                   Defendants.        :
                                              :
-------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Plaintiff's motion for summary judgment, Dkt. 29, and

Defendants' cross-motion for summary judgment, Dkt. 35. In support of their motion for summary

judgment, Defendants argue that under the stay-put provision, 20 U.S.C. § 1415(j), they were

required "to pay for transportation only for days on [which] such services were utilized." Dkt. 36

at 2. By May 1, 2026, the parties should submit letters of not more than one page, along with any

supporting declarations or exhibits, addressing whether Defendants have made any payments to

reimburse Plaintiff for such transportation services.

      SO ORDERED.

Dated: April 24, 2026                             _____
      New York, New York                           JOHN P. CRONAN
                                        United States District Judge