UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

CAROLYN MASON, Individually and as Parent and
Natural Guardian of A.D.,

                       Plaintiff,

           -v-                                        25 Civ. 3303 (JPC)

MELISSA AVILES-RAMOS, in her official capacity as         ORDER
Chancellor of the New York City Department of
Education, and NEW YORK CITY DEPARTMENT OF
EDUCATION

                   Defendants.

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a conference on June 23, 2026, at 2:00 p.m. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. In advance of the conference, the parties should review, and be prepared to discuss, the undersigned's decision in *Donohue v. Banks*, 22 Civ. 8998 (JPC), Dkt. 164 (S.D.N.Y. June 8, 2026).

      SO ORDERED.

Dated: June 8, 2026
     New York, New York                        _____
                                       JOHN P. CRONAN
                              United States District Judge